| | |
|---|---|
| Law Offices of Travis Gagnier, Inc., P.S.<br>Attorney at Law<br>33507 Ninth Avenue South, Bldg. F<br>P.O. Box 3949<br>Federal Way, WA 98063-3949<br>253-941-0234 Fax 941-0476 | Honorable Timothy D. Dore |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ZELLER, Keith M. & Courtney M.,**<br>Debtors.<br>_____<br>**ZELLER, Keith M. & Courtney M.,**<br>Plaintiffs,<br>v.<br>**UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION,**<br>Defendant. | Number 18-12006<br><br>Adversary Number: 23-01009<br>**NOTICE REGARDING FINAL ADJUDICATION AND CONSENT** |

Keith M. Zeller and Courtney M. Zeller by and through their attorneys of record, Law Offices of Travis Gagnier, Inc., P.S. hereby give notice that they consent to adjudication and entry of final orders and judgments by the Bankruptcy Court for the Western District of Washington for any and all matters arising in, or related to, this adversary proceeding.

Dated this 4th day of February 2023.

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiffs


/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234   Fax: 941-0476