# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ZELLER, Keith M. & Courtney M.,** <br> Debtors. <br> _____ <br> **ZELLER, Keith M. & Courtney M.,** <br> Plaintiffs, <br> v. <br> **UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION,** <br> Defendant. | Number 18-12006 <br><br> Adversary Number: 23-01009 <br><br> **SECOND ORDER EXTENDING SUSPENSION OF PRE-TRIAL DEADLINES AND TRIAL DATE IN ADVERSARY PROCEEDING** |

Upon consideration of the Exparte Second Motion to Extend Order Suspending Pre-Trial Deadlines and Trial Date in Adversary Proceeding between Plaintiffs Keith M. Zeller and Courtney M. Zeller and Defendant Department of Education, whereby pre-trial deadlines and the trial date are temporarily suspended to allow for case evaluation,

SECOND ORDER EXTENDING SUSPENSION OF PRE-TRIAL
DEADLINES AND TRIAL DATE IN ADVERSARY
PROCEEDING- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

It is hereby ORDERED:

    1. The Motion is GRANTED;

    2. Unless an agreement has been reported to the Court by July 17, 2023, the parties shall send a joint letter to the Court reporting that no settlement has been reached and asking for the deadlines and trial date to be re-set.

///END OF ORDER///

Jointly Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiffs

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9440
Of Counsel

and

United States Department of Justice

By: /s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

SECOND ORDER EXTENDING SUSPENSION OF PRE-TRIAL DEADLINES AND TRIAL DATE IN ADVERSARY PROCEEDING- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com