U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Courtney M. Zeller
Case No. 23-01009
SSN: xxx-xx-4203

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below as of 02/17/23:

The borrower executed the following notes on:
12/26/2013: Federal Direct Consolidation Loan Application and Promissory Note

**DIRECT CONSOLIDATION LOANS**

| Disbursement Date | Amount | Capitalized Int. | Interest rate | Current Int. | Current Prin. |
|---|---|---|---|---|---|
| 03/24/14-10/27/14 | $216,747.87 | $61,299.92 | 7.00% | $20,199.34 | $278,048.79 |
| 03/24/14-10/06/14 | $ 51,998.63 | $ 9,924.29 | 7.00% | $ 4,488.39 | $ 61,922.92 |

Grand Total (C. Interest + C. Principal): $364,659.44

The Consolidation loans were made by the Department under the William D. Ford Federal Direct Consolidation Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1070 et seq. (34 C.F.R. Part 685).

The borrower now owes the unpaid principal of $339,971.71 and unpaid accrued interest of $24,687.73, as of 02/17/23. Records show that $18,706.78 in payments has been credited to the account. During the pendency of emergency relief measures, interest accrues at $0 per day. Once these measures are rescinded, interest will accrue on the principal at the rate of $65.16 a day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: **February 17, 2023**

_____
Cristin Caitlin Bulman
Loan Analyst
Litigation Support

Exhibit A