1

2

3

4

5

6

7

8

9

10     IN THE UNITED STATES BANKRUPTCY COURT
       WESTERN DISTRICT OF WASHINGTON AT SEATTLE

11

12     In re

13     ZELLER, Keith M. & Courtney M.            Case No.: 18-12006-TWD

14                                   Debtors.

15     ZELLER, Keith M. & Courtney M.,           Adv. No:  23-01009

16                                  Plaintiffs,  **EX PARTE CONSENT JUDGMENT**
                                                 **DECLARING STUDENT LOAN DEBT**
17                    v.                         **PARTIALLY DISCHARGEABLE**

18     UNITED STATES OF AMERICA ACTING
       THROUGH THE U.S. DEPARTMENT OF
19     EDUCATION,

20                                  Defendant.

21

22        Plaintiffs Keith M. Zeller and Courtney M. Zeller (Plaintiffs) and Defendant United

23     States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte

24     Joint Motion for Entry of Consent Judgment Declaring Student Loan Debt Partially

25     Dischargeable."  (Joint Motion).  For the reasons stated in the parties' Joint Motion, the Court

26     finds that Plaintiffs are entitled to a declaration that their student loan debt held by DOE, as

described in the Certificate of Indebtedness attached to the Joint Motion as Exhibit A (the Debt), is partially dischargeable to the extent of $65,128, under 11 U.S.C. § 523(a)(8).  Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1.      Repaying the Debt in full would impose an undue hardship on Plaintiffs under 11 U.S.C. § 523(a)(8).

2.      The Debt is partially dischargeable to the extent of $65,128, under 11 U.S.C. § 523(a)(8).

3.      If Plaintiffs complete their Chapter 13 Plan and receive a general discharge under 11 U.S.C. § 1328 in Case No. B18-12006-TWD, $65,128.00 of the Debt shall be included within such discharge.

4.      This Judgment declaring presently dischargeable a portion of the Debt in this adversary proceeding shall not prejudice or prevent entry of a judgment in a future adversary proceeding seeking to discharge additional amounts of the Debt.

5.      Plaintiffs and DOE shall bear their own costs and attorney fees related to this action.

**//END OF ORDER//**

Presented by:

*s/ Travis Gagnier*
TRAVIS GAGNIER, WSBA #26379
Law Offices of Travis Gagnier, Inc., P.S.
33507 9th Ave. S., Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
tagagnier@bestbk.com

EX PARTE CONSENT JUDGMENT DECLARING STUDENT
LOAN DEBT PARTIALLY DISCHARGEABLE - 2
*Zeller v. Dept. of Education*, No. A23-01009

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
Tel. 206-553-7970

1    *s/ Kyle A. Forsyth*
     Kyle A. Forsyth, WSBA #34609
2    Assistant United States Attorney
     U.S. Department of Justice
3    Western District of Washington
     700 Stewart Street, Suite 5220
4    Seattle, WA 98101
     kyle.forsyth@usdoj.gov
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EX PARTE CONSENT JUDGMENT DECLARING STUDENT
LOAN DEBT PARTIALLY DISCHARGEABLE - 3
*Zeller v. Dept. of Education*, No. A23-01009

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
Tel. 206-553-7970