Entered on Docket June 23, 2023

**Below is the Judgment of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>ZELLER, Keith M. & Courtney M.<br><br>Debtors. | Case No.: 18-12006-TWD |
| ZELLER, Keith M. & Courtney M.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Adv. No: 23-01009<br><br>**EX PARTE CONSENT JUDGMENT DECLARING STUDENT LOAN DEBT PARTIALLY DISCHARGEABLE** |

Plaintiffs Keith M. Zeller and Courtney M. Zeller (Plaintiffs) and Defendant United States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring Student Loan Debt Partially Dischargeable." (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiffs are entitled to a declaration that their student loan debt held by DOE, as

EX PARTE CONSENT JUDGMENT DECLARING STUDENT
LOAN DEBT PARTIALLY DISCHARGEABLE - 1
*Zeller v. Dept. of Education*, No. A23-01009

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
Tel. 206-553-7970

described in the Certificate of Indebtedness attached to the Joint Motion as Exhibit A (the Debt), is partially dischargeable to the extent of $65,128, under 11 U.S.C. § 523(a)(8). Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying the Debt in full would impose an undue hardship on Plaintiffs under 11 U.S.C. § 523(a)(8).

2. The Debt is partially dischargeable to the extent of $65,128, under 11 U.S.C. § 523(a)(8).

3. If Plaintiffs complete their Chapter 13 Plan and receive a general discharge under 11 U.S.C. § 1328 in Case No. B18-12006-TWD, $65,128.00 of the Debt shall be included within such discharge.

4. This Judgment declaring presently dischargeable a portion of the Debt in this adversary proceeding shall not prejudice or prevent entry of a judgment in a future adversary proceeding seeking to discharge additional amounts of the Debt.

5. Plaintiffs and DOE shall bear their own costs and attorney fees related to this action.

**//END OF ORDER//**

Presented by:

*s/ Travis Gagnier*
TRAVIS GAGNIER, WSBA #26379
Law Offices of Travis Gagnier, Inc., P.S.
33507 9th Ave. S., Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
tagagnier@bestbk.com

EX PARTE CONSENT JUDGMENT DECLARING STUDENT
LOAN DEBT PARTIALLY DISCHARGEABLE - 2
*Zeller v. Dept. of Education*, No. A23-01009

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
Tel. 206-553-7970

*s/ Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

EX PARTE CONSENT JUDGMENT DECLARING STUDENT
LOAN DEBT PARTIALLY DISCHARGEABLE - 3
*Zeller v. Dept. of Education*, No. A23-01009

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
Tel. 206-553-7970